UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

In Re:                                                Chapter 13

INGA FRANCES HICKS AND                                Case No. 10-B-23817
DAVID ANTHONY WILLIAMS,

                      Debtors,
-----------------------------------------------------x

### TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS

To: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

Jeffrey L. Sapir, Trustee of the estate of the above named debtor, reports that the following dividend(s) are unclaimed over 90 days from the date of issuance:

| CLAIMANT(s)' NAME & LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| Inga Frances Hicks | $500.00 |
| David Anthony Williams | |
| 22 Rodman Court | |
| Spring Valley, New York 10977 | refund |

Trustee's check to your order in the sum of $500.00 is annexed representing the total of the aforesaid unclaimed dividend(s).

Dated: White Plains, New York
         August 26, 2011

                                             Respectfully submitted,
                                             */s/ Jeffrey L. Sapir*
                                             JEFFREY L. SAPIR